## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**BILLY BRIGHT**                                                                  **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 1:17-cv-211-GHD-DAS**

**CHOCTAW REGIONAL MEDICAL CENTER,**
**CHOCTAW COUNTY, MISSISSIPPI**

                                                                                  **DEFENDANT**

### AGREED ORDER

Having considered Defendant Choctaw Regional Medical Center's ("CRMC")
Unopposed Motion to Set Aside Clerk's Entry of Default, and the parties' agreement in
connection therewith, the Court finds that said Motion is well taken and should be granted.
Accordingly, it is hereby ordered that:

1.     The clerk's Entry of Default [Doc. 5] is hereby set aside;

2.     Plaintiff's Motion for Default Judgment [Doc. 6] is hereby denied as moot; and

3.     CRMC may file its answer and affirmative defenses to Plaintiff's Complaint on
       or before February 16, 2018.

**SO ORDERED**, this the _5th_ day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AS TO FORM BY COUNSEL:**


*/s/ Hays Burchfield*
Hays Burchfield
***ATTORNEY FOR PLAINTIFF***


*/s/ Jason T. Marsh*
Jason T. Marsh
***ATTORNEY FOR DEFENDANT***

2