# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BILLY BRIGHT**                                                              **PLAINTIFF**

**VS.**                 **CIVIL ACTION NO.: 1:17-cv-00211-GHD-DAS**

**CHOCTAW REGIONAL MEDICAL CENTER,**
**CHOCTAW COUNTY, MISSISSIPPI**                       **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a Stipulation of Dismissal filed by Billy Bright ("Plaintiff") and Choctaw Regional Medical Center ("Defendant"), and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all claims raised by Plaintiff in the above-captioned action against the Defendant are hereby dismissed with prejudice.

**IT IS THEREFORE ORDERED** that all of the Plaintiff's claims against the Defendant in the above-titled action are hereby dismissed with prejudice.

**SO ORDERED**, this the 27th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

**Approved as to form by counsel:**

/s/ Hays Burchfield                         /s/ Jason T. Marsh
Hays Burchfield, Esq.                       Jason T. Marsh, Esq.

*ATTORNEY FOR PLAINTIFF*           *ATTORNEY FOR DEFENDANT*